UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-17-20
```

In re Application Pursuant to 28 U.S.C. § 1782 of

Coöperatieve Rabobank U.A.; Credit Agricole Corporate and Investment Bank; ING Bank N.V.; the International Finance Corporation; Natixis, New York Branch; and Nederlandse Financierings-Maatschappij Voor Ontwikkelingslanden N.V.

For an Order to Conduct Discovery for Use in Foreign Proceedings.

Case No. 20-mc-89

**ORDER**

Upon consideration of the *Ex Parte* Application (the "Application") of Coöperatieve Rabobank U.A.; Credit Agricole Corporate and Investment Bank; ING Bank N.V.; the International Finance Corporation; Natixis, New York Branch; and Nederlandse Financierings-Maatschappij Voor Ontwikkelingslanden N.V. (collectively, the "Steering Committee") for Judicial Assistance Pursuant to 28 U.S.C. § 1782, the Steering Committee's memorandum of law, and the supporting declaration of Guillermo Jorge (the "Jorge Declaration"), the application is found to be appropriate.

Therefore, it is HEREBY ORDERED THAT:

1. The Steering Committee's Application for discovery from The Clearing House Payments Company L.L.C ("Clearing House") and the other financial institutions identified on Exhibit A to the Jorge Declaration (collectively with the Clearing House, the "Discovery Targets") pursuant to 28 U.S.C. § 1782 is granted;

2. The Steering Committee is authorized pursuant to 28 U.S.C. § 1782 to take discovery from the Discovery Targets relating to the issues identified in it application including (a) issuing subpoenas for the production of documents by the Discovery Targets in substantially

the forms attached to the Application as Exhibits A and B, and (b) issuing additional subpoenas for the production of documents as the Steering Committee may reasonably deem appropriate and are consistent with the Federal Rules of Civil Procedure;

3. The Discovery Targets are directed to comply with such subpoenas in accordance with the Federal Rules of Civil Procedure and the Rules of this Court;

4. Counsel for the Steering Committee is appointed to issue, sign, and serve such subpoenas upon Discovery Targets;

5. The Steering Committee shall deliver copies of this order and any subpoenas issued pursuant to the order to Vicentin and its affiliated entities and individuals set forth in Exhibit B to the Jorge Declaration.

Signed this **18** day of February, 2020

_____
SO ORDERED